IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEVEN W. QUICK, #1243617, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:06-CV-0114-M |
| | ) | |
| DR. HOWARD KWELLER, et al., | ) | |
| Defendants. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS, THEREFORE, ORDERED that Plaintiff's motion for leave to proceed *in forma pauperis* is DENIED pursuant to the three strike-provision of 28 U.S.C. § 1915(g).

The Clerk shall MAIL a copy of this order to Plaintiff.

SO ORDERED this 13 day of February 2006.

BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE